# UNITED STATES DISTRICT COURT
### for the
### Middle District of North Carolina

In the Matter of the Search of )
*(Briefly describe the property to be searched or identify the person by name and address)* )
INFORMATION IN THE CUSTODY OR CONTROL OF VERIZON WIRELESS ASSOCIATED WITH A CELLULAR DEVICE )

Case No. 1:23MJ520-1

**FILED FEB 23 2024** IN THIS OFFICE Clerk U.S. District Court Greensboro, NC By ___

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the    Southern    District of    New York
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before    January 5, 2024    *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    Joe L. Webster    .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of ___ .

Date and time issued:    12/22/2023 9:16 am        /s/ Joe L. Webster
                                                                                                  *Judge's signature*

City and state:    Durham, North Carolina                Joe L. Webster, U.S. Magistrate Judge
                                                                                  *Printed name and title*

# Return

| Case No.: 1:23MJ520-1 | Date and time warrant executed: 12/22/2023 10:00am | Copy of warrant and inventory left with: Verizon |
|---|---|---|

Inventory made in the presence of:
SA Nye

Inventory of the property taken and name(s) of any person(s) seized:

Call Detail Records

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/20/2024

_Executing officer's signature_

TFO Timothy Thomas
_Printed name and title_

## ATTACHMENT A

### Property to Be Searched – Verizon Wireless

This warrant applies to records and information associated with the cellular telephone assigned the following call number ("the Account") during the identified period that is stored at premises controlled by Verizon Wireless ("the Provider"), headquartered in New York, New York.

954-914-0169 for the period of August 1, 2022 to August 1, 2023

## ATTACHMENT B

### Particular Things to be Seized – Verizon Wireless

**I. Information to be Disclosed by the Provider**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, including any information that has been deleted but is still available to the Provider or that has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), the Provider is required to disclose to the government the following information pertaining to the Account listed in Attachment A for the identified period listed in Attachment A:

a. The following information about the customers or subscribers of the Account:

   i. Names (including subscriber names, user names, and screen names);

   ii. Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

   iii. Local and long distance telephone connection records;

   iv. Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;

   v. Length of service (including start date) and types of service utilized;

   vi. Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"); Mobile Identification Number ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"); International Mobile Subscriber Identity Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI");

   vii. Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address); and

   viii. Means and source of payment for such service (including any credit card or bank account number) and billing records.

2

b. All records and other information (not including the contents of communications) relating to wire and electronic communications sent or received by the Accounts, including:

   i. the date and time of the communication, the method of the communication, and the source and destination of the communication (such as the source and destination telephone numbers (call detail records), email addresses, and IP addresses); and

   ii. information regarding the cell tower and antenna face (also known as "sectors") through which the communications were sent and received as well as per-call measurement data (also known as the "real-time tool" or "RTT" data).

**The Provider is hereby ordered to disclose the above information to the government within seven days of issuance of this warrant.**